

|||
|---|---|
| 1 | |
| 2 | |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| FERNANDO GASTELUM, | Case No.: 3:25-cv-01278-JES-DEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS** |
| JULIETTE DOSS, | |
| Defendant. | **[ECF No. 2]** |

Presently before the Court is Plaintiff Fernando Gastelum's ("Plaintiff") Motion for Leave to Electronically File Documents. ECF No. 2. Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." CivLR 5.4(a). With respect to pro se litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." See Elec. Case Filing Admin. Policies and Proc. Manual, § 2(b) (S.D. Cal. Jan. 22, 2025) ("ECF Manual"). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the

1  means to do so properly by stating their equipment and software capabilities in addition to
2  agreeing to follow all rules and policies in the CM/ECF Administrative Policies and
3  Procedures Manual." Id. The ECF Manual refers to the Court's official website for
4  CM/ECF technical specifications, id., § 1(i), which include a "[c]omputer running
5  Windows or Macintosh"; "[s]oftware to convert documents from a word processor format
6  to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet
7  access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox
8  15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image
9  noncomputerized documents 400 pixels per inch (ppi)"; and a PACER account. See U.S.
10 District Court, S.D. Cal., CM/ECF: General Info,
11 https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited May 22, 2025). In the
12 Motion for Leave to Electronically File Documents, Plaintiff affirms he has reviewed the
13 ECF Manual, agrees to follow all rules and policies in the ECF Manual, and has access to
14 the technology needed for electronic filing. Accordingly, Plaintiff's Motion for Leave to
15 Electronically File Documents, (ECF No. 2), is **GRANTED**. Plaintiff is cautioned that
16 electronic filing is a privilege and that any abuse of the CM/ECF system may result in
17 termination of his electronic filing privileges.

18       **IT IS SO ORDERED**.

20 Dated: May 22, 2025

                                              Honorable James E. Simmons Jr.
                                              United States District Judge